APR 2 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
    v.                     )       3:10-CR-011-RCJ (RAM)
                           )
ERIC DUNCAN MCCORMICK,     )
                           )
         Defendant.        )

PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 29, 2010, defendant ERIC DUNCAN MCCORMICK pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of Ammunition, in violation of Title 18, United States Code, Section 922(g).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ERIC DUNCAN MCCORMICK pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

        a)     four live rounds of Winchester .22 caliber ammunition; and

        b)     one live round of Remington .22 caliber ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

. . .

1  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

2  United States of America should seize the aforementioned property.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

4  ERIC DUNCAN MCCORMICK in the aforementioned property is forfeited and is vested in the

5  United States of America and shall be safely held by the United States of America until further order

6  of the Court.

7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

8  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

9  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

10  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

11  the name and contact information for the government attorney to be served with the petition, pursuant

12  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

14  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

16  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

17  following address at the time of filing:

18  GREGORY ADDINGTON
Assistant United States Attorney
19  100 W. Liberty Street, Suite 600
Reno, Nevada 89501

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  asset.

5    DATED this _3/4th_ day of _April_, 2010.

6

7

8

9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26