FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN - 6 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) |
| vs. | ) 3:10-cr-011-RCJ-(RAM) |
| ERIC DUNCAN McCORMICK, | ) |
| Defendant. | ) |

### ORDER

Based upon the Government's motion to quash an outstanding arrest warrant for violation of conditions of pretrial release and in view of the fact that the defendant is presently in the custody of the U.S. Bureau of Prisons serving the sentence imposed by the Court, good cause appearing, therefore,

IT IS SO ORDERED that the outstanding arrest warrant in this matter for pretrial release violations is QUASHED.

DATED this 6th day of January~~October~~ 2010.

_____
UNITED STATES DISTRICT JUDGE